958

No. 78–792. ELLIS TRUCKING CO., INC., ET AL. v. SMART ET AL. C. A. 6th Cir. Certiorari denied. 

No. 78–817. DONALD EVERETT D. ET AL. v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 78–860. WOLKIND v. VIRGINIA. Cir. Ct., Henrico County, Va. Certiorari denied.

No. 78–905. McKENNA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 78–927. GROS VENTRE TRIBE OF THE FORT BELKNAP INDIAN RESERVATION, MONTANA v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 78–937. TAYLOR v. SIMMONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 78–948. TINGHINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 78–954. WESTERN FUELS ASSN., INC., ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–964. FARMER v. HOLTON, JUDGE. Ct. App. Ga. Certiorari denied. 

No. 78–966. MILLER v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 78–977. ABNEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 78–988. LAURENTI ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.